Argued October 27, affirmed October 27, 1971

STATE OF OREGON, *Respondent, v.*
JOSH HOWARD (No. C-60601), *Appellant.*

489 P2d 972

*Gabriel E. Berg,* Portland, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause and filed the brief for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.